May Term,
1832.

WAYMAN
v.
HARDIN.

performance of a condition precedent, and such performance being put in issue by the defendant's plea, should have been proved.

The instructions asked to be given appear to have been proper, and we think should not have been refused.

*Per Curiam.*—The judgment is reversed, and the verdict set aside, with costs. Cause remanded, &c.

*O. H. Smith,* for the appellant.

*J. Rariden* and *D. Wallace,* for the appellee.

---

### WAYMAN and Others *v.* HARDIN.

Tuesday,
May 29.

APPEAL from the *Monroe* Circuit Court.

*G. Hardin* recovered judgment in 1826 against *Wayman* and another, administrators of the estate of *W. Hardin,* for a debt due from the intestate. A bill in chancery was afterwards, viz. in *March,* 1827, filed by *G. Hardin,* against the heirs and representatives of *W. Hardin.* The object of the bill was to obtain a discovery of assets, &c., and to render liable to the judgment at law certain real estate, for which *W. Hardin* in his life-time held a title-bond, and which bond he had fraudulently assigned to *Wayman,* his father-in-law, for the express purpose of defrauding the complainant.

This fraudulent assignment was made in 1819, pending a suit by *G. Hardin* against the assignor, for a part of the same debt for which the judgment in 1826 was obtained. In 1825, after *W. Hardin's* death, *Wayman* obtained from the obligor of the title-bond, on paying a small balance of the purchase-money left unpaid by *W. Hardin,* a deed for the lands described in the bond; and soon afterwards *Wayman* conveyed a part of the property, without valuable consideration, to his daughter who was the widow of *W. Hardin.*

*Held,* that the lands described in the deed to *Wayman* from the obligor of the title-bond, were subject to the judgment of *G. Hardin,* and should be sold, &c. *Held,* also, that the administrators of *W. Hardin* should account for assets, to a certain amount, found to be in their hands, &c.

*J. Whitcomb,* for the appellants.

*C. P. Hester,* for the appellee.